NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD R. MASIAS,**
*Petitioner-Appellant,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5077

---

Appeals from the United States Court of Federal Claims in case no. 99-VV-697, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

## ORDER

James A. Moody moves without opposition for a 7-day extension of time, until May 11, 2010, to file a brief amicus curiae in support of the appellant.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted

FOR THE COURT

__JUN 1 5 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  James A. Moody, Esq.
     Robert T. Moxley, Esq.
     Catharine E. Reeves, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 1 5 2010

**JAN HORBALY**
**CLERK**